## Wood v. The State.

CRIMINAL LAW AND PRACTICE.—An information for retailing, without license, is not sufficient if it merely aver the sale of one pint of whisky, without averring that it was sold in a less quantity than one quart.

STATUTES CONSTRUED.—The temperance law of 1859 prescribes no penalty against the sale of intoxicating liquor, in quantities of one quart or more, on *Sunday.*

APPEAL from the *Dekalb* Common Pleas.

*Per Curiam.*—The information in this case is against *John Wood* for selling "one pint of whisky on *Sunday.*" The information is not good, as a charge of selling less than a quart under the general license law; because, though the defendant is charged with selling one pint, still, if he sold a barrel, he sold a pint, because a pint is contained in a barrel. *Struckman* v. *The State,* at this term.

If the information should be held as charging the sale of more than a quart, then there is no penalty for making such

sale on *Sunday*. *The State* v. *Thomasson*, 19 Ind. 99. The prosecution should have been under a different statute. *Sohn* v. *The State*, 18 Ind. 389.

The judgment is reversed. Cause remanded to be dismissed.

*D. E. Palmer*, for the appellant.

*Oscar B. Hord*, Attorney General, for the State.